

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-1-2009

# USA v. Leyda Rey-Gonzalez

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-1423

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Leyda Rey-Gonzalez" (2009). *2009 Decisions.* Paper 1261.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1261

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-1423
_____

UNITED STATES OF AMERICA,

v.

LEYDA REY-GONZALEZ,

Appellant.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. No. 1-05-cr-00430-001)
District Judge:  Hon. James Knoll Gardner

_____

Submitted under Third Circuit LAR 34.1(a)
on February 3, 2009

Before: RENDELL, JORDAN and ROTH, Circuit Judges

(Opinion filed 6/1/09)

_____

O P I N I O N
_____

**ROTH**, <u>Circuit Judge</u>:

Leyda Rey-Gonzalez appeals from a judgment of sentence after pleading guilty to violating five conditions of supervised release. The District Court had jurisdiction pursuant to 18 U.S.C. § 3231. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a)(1). We review the District Court's sentence for "reasonableness with regard to the factors set forth in 18 U.S.C. § 3553(a)." *United States v. Bungar*, 478 F.3d 540, 542 (3d Cir. 2007). Reasonableness review entails an inquiry into "whether the trial court abused its discretion." *Rita v. United States*, 551 U.S. 338, 127 S. Ct. 2456, 2465 (2007). We will affirm.

We assume the parties' familiarity with the facts and the record of prior proceedings, which we describe only as necessary to explain our decision.

Rey-Gonzalez argues that her below-Guidelines sentence of 18 months imprisonment followed by 42 months of supervised release was unreasonable because she had made substantial improvements in her life and posed no danger to society. The District Court, however, adequately accounted for these circumstances as well as the other § 3553 factors. We have reviewed the District Court's sentencing colloquy and written judgment and found no error.

Accordingly, we will affirm the judgment of sentence.